

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00991-CV

**IN THE INTEREST OF K.N.J., CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00515
Honorable Richard Price, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The court reporter has filed a notification of late reporter's record, requesting additional time in which to file the reporter's record. We GRANT the extension and ORDER the court reporter to file the record on or before January 17, 2019.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court